# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITTANY SHAW,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 3:17-947** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **USAA CASUALTY INSURANCE COMPANY,** : | |
| Defendant : | |

## ORDER

For the reasons discussed in the court's memorandum issued this day,

**IT IS HEREBY ORDERED THAT**:

(1) The defendant's motion for partial summary judgment, **(Doc. 12)**, is **GRANTED**; and

(2) The clerk of court is **ORDERED** to enter judgment in favor of the defendant on Count II of the plaintiff's complaint, **(Doc. 1-1)**, alleging bad faith under 42 Pa.C.S. §8371.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 11, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0947-01-ORDER.wpd

---

[1] By separate order, the court will schedule the final pre-trial conference regarding plaintiff's remaining UIM/contract claim, Count I.